UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASU KAKWANI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE K & ASSOCIATES, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0655 GEB CKD PS<br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

　　　　Plaintiff has filed an in forma pauperis affidavit in which he states that his take-home wages are $30,000, that he has a checking account with $40,000, and that he owns his own home, a rental home, and a car.

　　　　Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $50.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. §  1915(a).  The amount of plaintiff's income and assets shows that plaintiff is able to pay the filing fee and costs.

1

1  Thus, plaintiff has made an inadequate showing of indigency.  See <u>Alexander v. Carson Adult
2  High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858
3  (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).  Plaintiff will
4  therefore be granted a limited time in which to submit the appropriate fees to the Clerk of the
5  Court.
6      In the complaint, plaintiff complains about a CPA who performed a peer review of
7  plaintiff's business.  The complaint, however, does not allege a basis for subject matter
8  jurisdiction in this court.  The federal courts are courts of limited jurisdiction.  In the absence of a
9  basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no
10 basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to
11 show cause why this action should not be dismissed.  Failure to allege a proper basis for subject
12 matter jurisdiction will result in a recommendation that the action be dismissed.
13     Accordingly, IT IS HEREBY ORDERED that:
14    1. No later than March 27, 2014, plaintiff shall submit the appropriate fees to the Clerk of
15 the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the
16 amount of $400 will result in a recommendation that the application to proceed in forma pauperis
17 be denied and the instant action be dismissed without prejudice.
18    2. No later than March 27, 2014, plaintiff shall show cause why this action should not be
19 dismissed for lack of subject matter jurisdiction.
20 Dated:  March 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

25 4 kakwani.den.osc

2