UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASU DEV KAKWANI, | No. 2:14-cv-0655 GEB CKD PS |
| Plaintiff, | |
| v. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| DAVE K & ASSOCIATES, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. By order filed March 14, 2014, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. In response, plaintiff has filed an amended complaint alleging jurisdiction under Title VII. Plaintiff complains about a CPA who performed a peer review of plaintiff's business. Plaintiff was not an employee of any of the defendants and plaintiff's complaint fails to demonstrate why this action is properly brought under Title VII. There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 4, 2014

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

4 kakwani.nosmj.57